IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

MICHAEL PAUL PUZEY,

    Petitioner,

v.                                              CIVIL ACTION NO. 3:04CV63
                                                CRIMINAL ACTION NO. 3:00CR57
                                                (BROADWATER)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

    On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated July 1 2005. The defendant was granted an extension to file his objections and filed his objections on July 20, 2005. In the interests of justice and in accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

    The Court further **ORDERS** the petitioner's petition be **DENIED** and **DISMISSED** based on the reasons set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court.

    The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

    **DATED** this **24th** day of October 2005.



W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE